# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/30/2019                                            Case Number 2:18-cr-00284
Case Style: USA vs. Pamela Taylor
Type of hearing Sentencing
Before the honorable: 2516-Berger
Court Reporter Ayme Cochran                                Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Stefan Hasselblad

Attorney(s) for the Defendant(s) Tim Carrico

Law Clerk Fernando Kirkman                                 Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

## Court Time

8:58 am    to 9:12 am
9:27 am    to 9:58 am
Total Court Time: 0 Hours 45 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 9:00 a.m.
Actual Start 8:58 a.m.

Defendant present in person and by counsel for sentencing as to single-count Information.
Counsel note appearances on the record.
Defendant placed under oath.
Def't Ex 1 marked and admitted.
Court addresses PSR; no remaining objections.
Court addresses "acceptance of responsibility."
Court takes recess at 9:12 a.m.

Court resumed at 9:27 a.m.
Court does not apply an "acceptance of responsibility" reduction.
Court ADOPTS findings in PSR except as noted.
Probation to file PSR in court file under seal.
Court ACCEPTS plea agreement.
Court makes findings re: applicable U.S.S.G. ranges.
Court addresses 3553(a) factors and hears from parties re: relevant sentencing issues.
Defendant speaks on her own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
    Custody: 10 months
    Supervised Release: 3 years
    Restitution: $18,149.04
    Fine: $10,000
    Assessment:  $100
Court states reasons for sentence imposed.
Defendant advised of right to appeal.

## District Judge Daybook Entry

Defendant RELEASED on prior bond to self-report.
Court recessed at 9:58 a.m.